**Electronically Filed
Supreme Court
SCPW-14-0001103
14-OCT-2014
09:32 AM**

SCPW-14-0001103

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CHRISTOPHER GRINDLING, Petitioner,

vs.

THE HONORABLE JOSEPH CARDOZA, JUDGE OF THE CIRCUIT COURT OF THE
SECOND CIRCUIT, STATE OF HAWAIʻI, Respondent Judge,

and

STATE OF HAWAIʻI, Respondent.

---

ORIGINAL PROCEEDING

<u>ORDER DENYING PETITION FOR WRIT OF MANDAMUS</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioner Christopher
Grindling's petition for a writ of mandamus, filed on September
5, 2014, the exhibit in support of petition, filed on September
19, 2014, and the record, it appears that Petitioner fails to
demonstrate that he has a clear and indisputable right to a
hearing on the seven filings he lists in the petition or that he
lacks alternative means to seek relief.  Petitioner, therefore,
is not entitled to the requested writ of mandamus.  <u>See</u> <u>Kema v.</u>

<u>Gaddis</u>, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action).  Accordingly,

IT IS HEREBY ORDERED that the petition for a writ of mandamus is denied.

DATED: Honolulu, Hawaiʻi, October 14, 2014.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

